1  SARAH E. ROSS, Bar No. 252206
   sross@littler.com
2  RACHEL T. SEGAL, Bar No. 274644
   rsegal@littler.com
3  LITTLER MENDELSON, P.C.
   2049 Century Park East
4  5th Floor
   Los Angeles, CA 90067.3107
5  Telephone: 310.553.0308
   Facsimile: 310.553.5583
6
   Attorneys for Defendants
7  KINDRED HEALTHCARE OPERATING, INC.
   AND KINDRED REHAB SERVICES, INC.
8

9  Dylan Ruga, Bar No. 235969
   Ji-In Lee Houck, Bar No. 280088
10 STALWART LAW GROUP
   1100 Glendon Ave., 17th Floor
11 Los Angeles, CA 90024
   Telephone: (310) 954-2000 Email:
12 dylan@stalwartlaw.com
   Email: jiin@stalwartlaw.com
13
   Attorneys for Plaintiff
14 LAURA CAZARES

15                UNITED STATES DISTRICT COURT

16                CENTRAL DISTRICT OF CALIFORNIA

17 LAURA CAZARES, an individual,        | Case No. 2:17-cv-03412-SVW-Ex
18              Plaintiff,              | ASSIGNED TO JUDGE STEPHEN V.
                                        | WILSON, DEPT. 10A
19 v.                                   |
20                                      | [PROPOSED] ORDER GRANTING
   KINDRED HEALTHCARE                   | STIPULATED PROTECTIVE
21 OPERATING, INC. a Delaware           | ORDER
   Corporation, KINDRED REHAB           |
22 SERVICES, INC., a Delaware           | [DISCOVERY MATTER]
   Corporation, and DOES 1 through 10,  |
23 inclusive,                           |
                                        | Complaint filed: April 3, 2017 (Originally
24              Defendants.             | filed in Los Angeles Superior Court)
25                                      | Trial Date: January 16, 2018
26
27
28

Laura Cazares ("Plaintiff") and Defendants Kindred Rehab Services, Inc. and Kindred Healthcare Operating, Inc. ("Defendants") (collectively, the "Parties") submitted a Stipulated Protective Order.

The Court, having read and considered the Parties' Stipulated Protective Order, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT** the Stipulated Protective Order is **GRANTED.**

**IT IS SO ORDERED.**

Dated: ___8/4___, 2017

_____
MAGISTRATE JUDGE CHARLES F. EICK
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940