UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA CAZARES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KINDRED HEALTHCARE OPERATING, INC. a Delaware Corporation, KINDRED REHAB SERVICES, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:17−cv−03412−SVW−Ex<br><br>ASSIGNED TO JUDGE STEPHEN V. WILSON, DEPT. 10A<br><br>**ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**<br><br>**[FED. R. CIV. P. 41(A)]**<br><br>Complaint filed: April 3, 2017 (Originally filed in Los Angeles Superior Court)<br><br>Trial Date: January 16, 2018 |

Laura Cazares ("Plaintiff") and Defendants Kindred Rehab Services, Inc. and Kindred Healthcare Operating, Inc. ("Defendants") (collectively, the "Parties") submitted a Joint Stipulation Dismissing Action with Prejudice.

The Court, having read and considered the Parties' Joint Stipulation Dismissing Action with Prejudice, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Complaint and this entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

///

///

2. Each party shall bear its own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO ORDERED.**

Dated: November 15, 2017

_____
JUDGE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

2.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940